THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAR-RELL SPENCER, Appellant.

Submitted March 21, 2016; decided March 24, 2016

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAR-VERT STEPHENS, Also Known as HAVERT STEPHENS, Appellant.

Submitted February 22, 2016; decided March 24, 2016

Motion by City of Syracuse for leave to appear amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VALENTIN, Appellant.

Submitted March 21, 2016; decided March 24, 2016

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS WATKINS, Appellant.

Submitted March 21, 2016; decided March 24, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.